# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SHENJI LIU, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:24-cv-00641 |
| | ) |
| LANCER INSURANCE COMPANY, et al., | ) JUDGE CAMPBELL |
| | ) MAGISTRATE JUDGE NEWBERN |
| Defendants. | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation on Defendants Kay Griffin Evans PLLC's ("Kay Griffin"), Lancer Insurance Company's ("Lancer"), and Richard L. Grant's ("Grant") motions to dismiss Plaintiff Shenji Liu's ("Plaintiff") claims. (Doc. No. 39). In the Report and Recommendation, the Magistrate Judge recommends that Grant's motion to dismiss (Doc. No. 23) be granted and that Kay Griffin's and Lancer's motions to dismiss (Doc. Nos. 18, 19) be granted in part. Specifically, the Magistrate Judge recommends that Plaintiff's claims against Lancer, Lancer Management Company, Grant, and Kay Griffin be dismissed and that these Defendants be dismissed from the lawsuit. Defendants Kay Griffin and Lancer also requested an award of attorney fees and associated costs. The Magistrate Judge determined that Kay Griffin and Lancer failed to provide a basis for such an award and recommended denying the fee requests.

Although the Report and Recommendation advised the parties that any objections must be filed within fourteen days of service, no objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, the motion to dismiss filed by Defendant Kay Griffin (Doc.

No. 18) is **GRANTED IN PART** as to the dismissal of Plaintiff's claims against Defendant Kay Griffin; the motion to dismiss filed by Lancer (Doc. No. 19) is **GRANTED IN PART** as to the dismissal of Plaintiff's claims against Lancer; and the motion to dismiss filed by Grant (Doc. No. 23) is **GRANTED**. Accordingly, Defendants Kay Griffin, Lancer, Lancer Management Company, and Grant are **DISMISSED** from this lawsuit. Defendants Kay Griffin and Lancer's requests for attorney fees are **DENIED** without prejudice to refiling in accordance with Local Rule 54.01.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE