IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHENJI LIU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:24-cv-00641 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| LANCER INSURANCE COMPANY, et al., | ) | MAGISTRATE JUDGE NEWBERN |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation on Defendants Tennessee Department of Commerce and Insurance and the Tennessee Board of Professional Responsibility's motion to dismiss Plaintiff Shenji Liu's ("Plaintiff") amended Complaint. (Doc. No. 76). In the Report and Recommendation, the Magistrate Judge recommends that the motion to dismiss (Doc. No. 48) be granted.

Although the Report and Recommendation advised the parties that any objections must be filed within fourteen days of service, no objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, the motion to dismiss filed by Defendants Tennessee Department of Commerce and Insurance and the Tennessee Board of Professional Responsibility (Doc. No. 48) is **GRANTED** and Plaintiff's claims against these Defendants are **DISMISSED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE